IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>VIRGIL A. STEARNS,<br><br>                 Defendant. | **4:16CR3125**<br><br>**ORDER** |

On the government's motion, (Filing No. 26), which is hereby granted, the above-caption ed case is dismissed.


February 27, 2017.


BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge